IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABMA
SOTHERN DIVISION

ANGELA DENISE NAILS,

    Plaintiff,          Case No. 1:07-CV-07-MHT

DOTHAN SECURITY INCORATED,

    Defendant,

COMPLAINT OF NEGLIGENCE

The case follows under the jurisdiction Article III Section 2a Constitutional law. Subject matter question controversy $4,000.000.000.000.00 **FOUR BILLION DOLLARS**. The plaintiff and the defendant are both united states citizens and both live in the states FRCP Rule 28 U.S.C. 1391(a)(1) a substantial part of the events arose in the claim.

The plaintiff and the defendant are not in agreement of the plaintiff rights to privacy. The defendants mail address is DSI at 600 West Adams Street Dothan, Alabama 36303.

*The defendant has refuse to set fourth boundaries FRCP RULE 1.16(d)****PROFESSIONAL CONDUCT*** *using the those boundaries in the rules, policy and regulations governing the DSI work rule when working on a site for the DSI. The plaintiff went to a meeting on December 27, 2006 and spoke with the manager of the DSI Eddie Sorrel and several of his associates who are working with him at DSI. During the meeting the plaintiff express the tension the plaintiff has because one of the defendant worker did not and could not do the job that DSI hired the employee to do. The defendant resist in relocating the employee or/and firing the employee.*

*The defendant and the plaintiff communication was about the employee not contacting the Dothan Police Department when the employee was ask to call the police twice on September 25, 2006 after the plaintiff was assaulted by one of the tenants who is also living in the same building the plaintiff is living. The plaintiff can only assume that the management of DSI dose not have any plans to move the employee to work some were else. The defendant were told of the harassment of the employee and pleaded with DSI to place the employee some were else. The refusal of the defendant to remove the employee after knowingly hearing a recorded tape from the Dothan Alabama mastriates office that the person who assaulted the plaintiff*

*plead quilty to the assault of the plaintiff and the defendant did nothing more than issue warnings. The defendant employee gave a false statement to the **POLICE**. It appears that the warnings to the employee will not help stop the harassment toward the plaintiff. The defendant employee is hassarassing the plaintiff even after the complaint to the courts.*

*ANGELA DENISE NAILS*

*PRO SE ATTORNEY*